In the Matter of the Claim of EUNICE LANDRUM, Widow of CHARLES M. LANDRUM, Deceased, on Behalf of Herself and Two Minor Children, Respondent, against CONGRESS MOTOR CORP. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued April 14, 1950; decided May 18, 1950.

*Ralph S. Stoewell* and *Joseph D. Edwards* for appellants.

*Nathaniel L. Goldstein, Attorney-General* (*Daniel Polansky, Wendell P. Brown* and *Roy Wiedersum* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.